IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Civil Action No.: 7:23-cv-00296-M-BM

| | | |
|---|---|---|
| FERNANDO PAOLETTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Joint Motion for Coordination or Partial Consolidation [DE 5]. In light of the Order filed in the case styled, In re: Camp Lejeune Water Litigation, No. 7:23-CV-00897-RJ ("Master Docket Order") [DE 1], the joint motion is DENIED. The parties shall follow all instructions for management of this case in the Master Docket Order and in all subsequent applicable orders issued in that case.

SO ORDERED this 27th day of April, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE